IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ERIC A. WOODRUM,

      Appellant,

v.

      Case No. 5D22-1323
      LT Case No. 2014-CF-478

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 11, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Eric A. Woodrum, Chipley, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.